# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| ROBERT LOUIS WIRTZ, JR., | ) |
|---|---|
| Petitioner, | ) |
| v. | ) No. CIV-22-545-R |
| JIM FARRIS, | ) |
| Respondent. | ) |

## ORDER

Petitioner filed this action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Amanda Maxfield Green for preliminary review. On August 23, 2022, Judge Green issued a Report and Recommendation wherein she recommended the Petition be dismissed with prejudice as untimely. (Doc. No. 15). Despite being advised of his right to file an objection to the Report and Recommendation, Petitioner has neither objected nor sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED and the Petition is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED** this 26th day of September 2022.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE